IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONA MATHEWS,<br><br>           Plaintiff,<br><br>      v.<br><br>THE ARCHDIOCESE OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL,<br><br>           Defendant.<br>                                                              / | No. C 14-1665 SI<br><br>**ORDER SETTING ALL PENDING MOTIONS FOR HEARING AT 9:00 am ON JUNE 6, 2014** |

The parties have filed three motions that are currently scheduled for hearing on May 23, 2014, May 30, 2014, and June 6, 2014. The parties have stipulated to shorten time and have all motions heard on May 23, 2014, with reply briefs on plaintiff's motion to amend due May 21, 2014. The parties' proposed schedule does not permit the Court sufficient time to review the parties' briefs. The Court hereby sets the three pending motions for hearing at 9:00 a.m. on June 6, 2014. This order does not alter the briefing schedules set forth in the docket for each motion. *See* Docket Nos. 11, 14 & 17.

**IT IS SO ORDERED.**

Dated: May 9, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE